## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TIMOTHY ALLEN PARSONS,    )
    )
    Petitioner,    )
    )    Civil Action No. 09-57 Erie
v.    )
    )
FRANCISCO J. QUINTANA,    )
    )
    Respondent.    )

## **MEMORANDUM ORDER**

This habeas corpus action was received by the Clerk of Court on March 27, 2009, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 22], filed on December 18, 2009, recommended that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 5] be denied. It was further recommended that the Petitioner's motions for expedited relief, styled as motions for injunctive relief, [Doc. No. 7 and Doc. No. 17] be denied. The parties were allowed ten (10) days from the date of service to file objections and service was made on Petitioner by certified mail and on Respondent. Following an extension of time requested by the Petitioner, objections were filed by Petitioner on January 19, 2010 [Doc. No. 24]. After de novo review of the motion and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 20th day of January, 2010;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 5] is DENIED. It is further ORDERED that Petitioner's Motion for Preliminary Injunction [Doc. No. 7] is DENIED and Petitioner's Motion for Preliminary Injunction [Doc. No. 17] is DENIED.

The Report and Recommendation [Doc. No. 22] of Magistrate Judge Baxter, filed on December 18, 2009, is adopted as the opinion of the Court.

                                            s/   Sean J. McLaughlin
                                                United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge